Aidan P. O'Connor
PASHMAN STEIN, P.C.
21 Main Street, Suite 100
Hackensack, N.J. 07601
(201) 488-8200
*Attorneys for Defendant Keila Ravelo*

---------------------------------------------x
UNITED STATES OF AMERICA          :
                v.                              :
KEILA RAVELO                              :
---------------------------------------------x

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Magistrate No. 14-6800-01

**NOTICE OF MOTION**
**TO WITHDRAW**

TO:   Andrew Kogan, Assistant U.S. Attorney
       United States Attorney's Office
       970 Broad Street, Suite 700
       Newark, New Jersey 07102

       Lawrence Lustberg, Esq.
       Gibbons, P.C.
       One Gateway Center
       Newark, New Jersey 07102-5310

Steven H. Sadow, Esq.
260 Peachtree Street Northeast
Atlanta, Georgia 30303

COUNSEL:

PLEASE TAKE NOTICE that on a date and time to be set by the Court, Aidan P. O'Connor, co-counsel for defendant Keila Ravelo will move the Court permission to withdraw as counsel to Keila Ravelo. In support of this request, counsel will rely upon the Certification of Aidan P. O'Connor, Esq. submitted herewith.

                            PASHMAN STEIN, P.C.
                            Attorneys for Defendant Keila Ravelo

                            By: _/s/ Aidan P. O'Connor_
                                 AIDAN P. O'CONNOR

Dated:  August 6, 2015

## CERTIFICATION OF SERVICE

I certify that I today caused to be served, via ECF, one copy each of the foregoing motion papers on:

Andrew Kogan, AUSA
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102

Lawrence Lustberg, Esq.
Gibbons, P.C.
One Gateway Center
Newark, New Jersey 07102-5310

Steven H. Sadow, Esq.
260 Peachtree Street Northeast
Atlanta, Georgia 30303

/s/ Aidan P. O'Connor

AIDAN P. O'CONNOR, ESQ.
Pashman Stein, P.C.
21 Main Street, Suite 100
Hackensack, New Jersey 07601
201-488-8200

*Co-counsel for Defendant Keila Ravelo*

Dated: August 6, 2015